The St. Paul, Minneapolis & Manitoba Railway Company *v.* Wenzel. Appeal from the Circuit Court of the United States for the District of Minnesota. No. 25. Argued and submitted March 6, 1890. Mr. Justice Field. This case involves the same question decided in *St. Paul, Minneapolis and Manitoba Railway Company* v. *Charles W. Greenalgh and James Greenalgh,* and upon the authority of that case the decree will be

*Affirmed.*

Mr. S. U. Pinney for appellants.

Mr. S. J. R. McMillan for appellees.